**2014–2181.   In re A.G.**

Lucas App. No. L–14–1079. Reported at 141 Ohio St.3d 1458, 2015-Ohio-239, 23 N.E.3d 1198. On motion for stay. Motion denied. On motion for reconsideration. Motion denied. On motion to seal. Motion denied.

O'NEILL, J., dissents.